UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X Bankr. #

In Re NICHOLAS V. TANTALO AND
    KERRY A. TANTALO,                    AFFIDAVIT OF
                                         EMPLOYMENT

                Debtor(s).
------------------------------------X

    **KERRY A. TANTALO AND NICHOLAS V. TANTALO**, being duly sworn, depose and say:

    1.    We are the debtors in the above captioned matter.

    2.    Kerry A. Tantalo has been unemployed the last 60 days and, therefore, has no employee pay remittances to forward to the court.

    3.    Nicholas V. Tantalo is employed as a manager for Majestic Cleaning, Inc. He does not receive pay remittances. Proof of his income is annexed hereto.

DATED: November 7, 2008

_____
KERRY A. TANTALO

_____
NICHOLAS V. TANTALO

Sworn to before me this
7th day of November, 2008

_____

# MAJESTIC CLEANING, INC.
P.O. Box 520
North Bellmore, NY 11710
516-785-7155  Fax: 516-785-7108

October 7, 2008

To Whom It May Concern:

This letter will certify that Nick Tantalo is an employee of Majestic Cleaning Service. His weekly salary is $500 per week and is paid every two weeks.

If you have any further questions, please do not hesitate to call me.

Sincerely,

Randy Gurin
President